IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

JUN 18 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

NOS: 1:09mj39
1:09mj40
1:09mj41
1:09mj42 ✓
1:09mj43

IN RE: APPLICATIONS FOR SEIZURE )    ORDER TO UNSEAL
WARRANTS                                              )

On the government's motion to unseal in the above-captioned seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal each of these files.

Signed this the 18 day of June, 2009.

*[signature]*
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE